IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

HARVEY ANDRE FRANKLIN, SR.                                            MOVANT

V.                                                              NO. 4:12CR061-SA

UNITED STATES OF AMERICA                                          RESPONDENT

ORDER REQUIRING GOVERNMENT TO FILE RESPONSE

The Court has reviewed Movant's request to vacate, set aside, or correct his sentence, and is of the opinion that a response from the government is appropriate.

Accordingly, it is **ORDERED** that within 60 days of the date of this Order, the United States of America shall submit a response to the instant motion.

**THIS** the 24th day of April, 2018.

                                                    **/s/ Sharion Aycock**
                                                    **U.S. DISTRICT JUDGE**